**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

HAROLD JENNINGS,

    Plaintiff,

v.                                                                                          Case No: 8:15-cv-1030-T-30AAS

CITY OF MULBERRY,

    Defendant.

ORDER

    The Court has been advised via a Mediation Report (Dkt. #18) that the above-styled action has been settled.   Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

    **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.   After that 60-day period, however, dismissal shall be with prejudice.   All pending motions, if any, are **DENIED** as moot.   The Clerk is directed to close the file.

    **DONE** and **ORDERED** in Tampa, Florida, this 14th day of June, 2016.

                                          JAMES S. MOODY, JR.
                                          UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record